USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNALISA RIVERA-FRANZ,

                Plaintiff,

-against-

VILLAGE JV 165 AVENUE A LLC et al.,

                Defendants.

24-CV-00835 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order issued on February 12, 2024. *See* Dkt. No. 9. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge