# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

August 27, 2024

Via ECF
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York

      **Re:**    *Annalisa Rivera-Franz v. Village JV 165 Avenue A LLC, Kushner Companies LLC and Sage the Cat, LLC*

      **Docket No. 1:24-cv-00835 (MMG)(SN)**

Dear Judge Garnett:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for an application to reopen this action from August 29, 2024 to September 20, 2024. This is the first application to extend the deadline and all parties consent. The reason for this application is because the parties required the additional time to execute the settlement agreement and fulfill the condition precedent for filing a stipulation of dismissal. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        Glen H. Parker, Esq.

---

Request for extension GRANTED. The case remains CLOSED. Any application to reopen the case must be filed by **September 20, 2024**. The Clerk of Court is directed to terminate Dkt. No. 29.

SO ORDERED.  8/28/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE